IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

V.                         CASE NO. 5:18-CR-50070-002

DESTINY MIRANDA SUDDUTH                                                                   DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 88) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on June 2, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 88) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion Requesting Jail Credit (Doc. 86) is **DENIED**.

**IT IS SO ORDERED** on this 14th day of July, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE