IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

V.                              **CASE NO. 5:18-CR-50070**

**DESTINY MIRANDA SUDDUTH**                                                              **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 98) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on December 15, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 98) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion to Vacate (Doc. 94), filed pursuant to 28 U.S.C. § 2255, is **DENIED**.

**IT IS SO ORDERED** on this 5th day of January, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE